IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIAN ANDREW DAN,
    Plaintiff,

v.          CIVIL ACTION NO. 18-CV-1972

CURRAN-FROMHOLD
CORRECTIONAL FACILITY,
    Defendant.



FILED
MAY 14 2018
By KATE BARKMAN, Clerk
_____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 14 day of May, 2018, upon consideration of Plaintiff Julian Andrew Dan's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED**.

2.     The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

3.     Dan is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that he can state a plausible claim that cures the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Dan's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

4.     The Clerk of Court is **DIRECTED** to send Dan a blank form complaint to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

5. If Dan fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

_____
**NITZA I. QUIÑONES ALEJANDRO, J.**